# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SARAH CHRISTINE KING

NO.  2021 CW 1607

VERSUS

HARELY WAYNE KING, SR.

**MARCH 28, 2022**

---

In Re:   Sarah Christine King, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 217008.

---

**BEFORE:   MCDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** The trial court's November 9, 2021 judgment granting the Motion to Disqualify Attorney filed by Gina Gaspard is reversed.  A party's lack of standing (no right of action) may be noticed by this court on its own motion.  See **Chrysler First Fin. Servs. Corp. v. ZIA Corp.**, 542 So.2d 87, 89 (La. App. 1st Cir. 1989)(citing La. Code Civ. P. art. 927).  We find the moving party, Gina Gaspard, lacked standing to seek disqualification of the attorney representing Sarah Christine King.  See **Keith v. Keith**, 48,919 (La. App. 2d Cir. 5/15/14), 140 So.3d 1202, 1209.  Accordingly, the Motion to Disqualify Attorney is denied.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT